**No. 51613.**—Protest 119045–K of F. B. Wilcon Co. (Boston).

Opinion by CLINE, J. At the trial it was disclosed that the weight used by the collector as the basis of duty was the net landed weight of 93 cases rather than 80 cases. It was therefore stipulated that the importation in question consisted of 80 cases of fresh swordfish, the net landed weight of which was 24,245 pounds. In view of the evidence presented the claim of the plaintiff was sustained.

**No. 51614.**—Protests 829184–K, etc., of Mutual Supply Co. et al. (Los Angeles and San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51615.**—Protests 51639–K, etc., of Continental Ceramics Corp. et al. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833), and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51616.**—Protests 128796–K, etc., of Schmoll Fils Associated, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.